UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY SCOTT DAILY, ) | |
| ) | |
| Appellant, ) | |
| ) | Case No. 3:10-00160 |
| v. ) | |
| ) | Judge William J. Haynes, Jr. |
| AUERBACH ACQUISITION ) | |
| ASSOCIATES, INC., ) | |
| ) | |
| Appellee. ) | |

_____

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**
_____

Appellee, Auerbach Acquisition Associates, Inc. ("Auerbach"), Appellant, Gregory Daily ("Daily), and, Randal S. Mashburn, Chapter 11 Trustee in the case below ("Trustee" and collectively with Auerbach and Daily, the "Parties"), respectfully request the Court continue the status conference scheduled for December 3, 2010 [Docket Entry No. 26] for a period of at least ninety days. As grounds for such relief, the Parties would state that they are involved in settlement negotiations regarding not only the two appeals pending before this Court, but also with regard to related bankruptcy matters. The Parties agree it is in the best interest of the bankruptcy estate of Daily and also serves judicial economy to continue the status conference for a period of at least ninety days and to hold both appeals before this Court in abeyance during that time.

Respectfully Submitted,

*/s/ Robert J. Mendes*
Robert J. Mendes
MGLAW, PLLC
2525 West End Avenue, Suite 1475
Nashville, TN 37203
Tel: (615) 846-9020
Fax: 615-846-9000
E-mail: rjm@mglaw.net
Counsel for Auerbach Acquisition Associates, Inc.

*/s/ William L. Norton, III*
William L. Norton, III
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Tel.: 615-252-2397
Fax: 615-252-2380
E-mail: bnorton@babc.com

Counsel for Gregory Daily

*/s/ Randal S. Mashburn*
Randal S. Mashburn
Courtney H. Gilmer
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Tel: (615) 726-7336
Fax: (615) 744-7336
E-mail: rmashburn@bakerdonelson.com

Counsel for Randal S. Mashburn, Chapter 11 Trustee

## **CERTIFICATE OF SERVICE**

It is hereby certified that on this the 3rd day of December, 2010, a true and exact copy of the foregoing was served via ECF upon all parties consenting to electronic service in this case.

*/s/ Randal S. Mashburn*
